# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Danville Division

| | | |
|---|---|---|
| JENNIFER ELIZABETH MELERSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:15CV00039 |
| | ) | |
| | ) | |
| VIRGINIA DEPARTMENT OF BEHAVIORAL | ) | |
| HEALTH AND DEVELOPMENTAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF STEPHANIE HAYWOOD

Commonwealth of Virginia, City of Danville, to wit:

I, Stephanie Haywood, state the following:

1.      I am employed by Southern Virginia Mental Health Institute ("SVMHI") as a Human Resource (HR) Analyst II, and in this capacity, I serve as the HR Manager for SVMHI. I have served in this position since January 2011. I have been employed by SVMHI for over 5 years, rising in the ranks from a HR Analyst I to a HR Analyst. I report to the Facility Director of SVMHI. I am a White female.

2.      In my capacity as HR Manage for SVMHI, my job duties include, but are not limited to, the following: 1) Directing a comprehensive system of human resource services to all employees and customers within the assigned facility; 2) Establish and implement programs, policies and procedures that comply with State, Federal and departmental laws and regulations; 3)

Serve on the executive management team of facility to ensure comprehensive integration of all HR programs and ensure that the programs support the facility's vision, mission and values; 4) Serve as consultant working with the facility director and management providing HR guidance using best practice standards for facility operations;  and 5) Collaborate and communicate with other HR staff and the Central Office in program and service delivery.

      3.      I make this declaration based upon my own personal knowledge and/or review of SVMHI records kept in the regular and ordinary course of business.

      4.      Plaintiff was employed at SVMHI from September 2005 until June 2013.

      5.      During the Plaintiff's tenure with SVMHI, she received three pay actions that required completion of a Pay Action Worksheet (PAW). These included her initial PAW effective August 22, 2005; her PAW effective January 25, 2011 when she was given an 8% raise for attaining new knowledge, skills, and abilities when she received her license as a Clinical Psychologist; and her PAW effective May 25, 2012, when she received a non-competitive upward role change to the position of Psychology Director. (See attached PAWs for Plaintiff)

      6.      Of these three PAWs, only the one dated January 25, 2011 required the approval and signature of a human resources staff person at the Central Office of DBHDS in Richmond. This is in accordance with the DBHDS and SVMHI Salary Administration Plans. (See attached SVMHI Salary Administration Plan)

      7.      As indicated in the Salary Administration Plans, the authority to set initial salary and to make most salary adjustments is decentralized to the facility level.  Only in certain specified instances is the approval of Central Office human resources staff required.  Each facility identifies those roles or career groups that are considered critical to its operations.  For each, the facility

-2-

determines the desired level of competitiveness of the compensation program.

The above information is true and accurate to the best of my knowledge and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of May, 2016.

Stephanie Haywood

- 3 -





## PAY ACTION WORKSHEET (PAW) (9/25/2000)
### Required for any salary action for Classified Employees.

### 1. TYPE OF ACTION [Required forms are noted in brackets below]

**COMPETITIVE ACTIONS**
All competitive actions negotiable from minimum of pay band up to 15% above current salary not to exceed pay band maximum.

**STARTING PAY** [PAW]
- [X] **0%-10%** Approved by facility/c.o. HRO
- [ ] **>10%** Approved by HRDMO, c.o. Finance & Admin., Commissioner

**PROMOTION,** [PAW] Salary may not be below the minimum of the new pay band.
- [ ] **0%-10%** Approved by facility/c.o. HRO
- [ ] **>10%** Approved by HRDMO, c.o. Finance & Admin.

**VOLUNTARY TRANSFER (Competitive),** [PAW]
- [ ] **0%-10%** Approved by facility/c.o. HRO
- [ ] **>10%** Approved by agy HRDMO, c.o. Finance & Admin.

**VOLUNTARY TRANSFER (Non-Competitive)** [PAW & EWP] Negotiable from minimum of pay band up to 10% above current salary not to exceed pay band maximum.
- [ ] **0%-10%** Approved by facility/c.o. HRO, c.o. Finance & Admin., agy HR Director

**VOLUNTARY DEMOTION** [PAW]
Negotiable from minimum of pay band up to current salary not to exceed pay band maximum (Option to freeze salary above maximum for 6 months)
Approved by facility/c.o. HRO

**TEMP PAY (Higher Role)** [PAW]
For Higher Pay Band 0-15% above current salary not to exceed pay band maximum. Approved by HR.
- [ ] **0%-10%** Approved by facility/c.o. HRO
- [ ] **>10% - 15%** Approved by HRDMO, c.o. Finance & Admin.

**TEMP PAY (Same Role/Same Pay Band)** [PAW]
- [ ] **0%-10%** increase not to exceed pay band maximum. Approved by facility/c.o. HRO, c.o. Finance & Admin., agy HR Director

**COMPETITIVE SALARY OFFER** Provide documentation noted in Section #4, below.
- [ ] **To 20%** Approved by facility/c.o. HRO, c.o. Finance & Admin.
- [ ] **>20%** Approved by HRDMO, c.o. Finance & Admin., Commissioner

**ROLE CHANGE**
Upward & lateral actions approved by facility/c.o. HRO, c.o. Finance & Admin.

- [ ] **UPWARD** [PAW & EWP] 0%-10% increase or to minimum of higher pay band
- [ ] **LATERAL** [PAW & EWP] 0%-10% increase not to exceed pay band maximum

**DOWNWARD Role Change** does not allow for any change in salary. No PAW is necessary.

**IN-BAND ADJUSTMENT**
0%-10% increase not to exceed pay band maximum, maximum 10% per fiscal year for In-Band Adjustments (to include any increase for Lateral Role Change) Approved by facility/c.o. HRO, HRDMO, c.o. Finance & Admin.

- [ ] **CHANGE IN DUTIES** [PAW & EWP]
- [ ] **APPLICATION OF NEW KNOWLEDGE, SKILLS, ABILITIES, COMPETENCIES FROM EDUCATION, CERTIFICATION, LICENSURES, ETC.** [PAW & EWP]
- [ ] **RETENTION** [PAW]
- [ ] **INTERNAL ALIGNMENT** [PAW & EWP]

- [ ] **DISCIPLINARY OR PERFORMANCE RELATED** [PAW & EWP] **Minimum 5% decrease** or to lower pay band. Approved by facility/c.o. HRO

- [ ] **RECOGNITION AWARD** [PAW ONLY] **$1,000 max** bonus within a fiscal year; approved by facility/c.o. HRO

**OTHER BONUSES** [PAW & supporting information required by plan]
Check One: [ ] **Sign-on**    [ ] **Retention**

Check One:
- [ ] **To $1,000** Approved by facility/c.o. HRO
- [ ] **>$1,000 to $5,000** Approved by HRDMO, F&A
- [ ] **>$5,000** Approved by Commissioner

### 2. IDENTIFYING INFO & SALARY ACTION DATA

| CANDIDATE/EMPLOYEE NAME<br>Jennifer E. Melerski | SOCIAL SECURITY NUMBER |
|---|---|
| POSITION #00023 | EFFECTIVE DATE  08/22/05 |
| CURRENT SALARY  $48,000 | PERCENTAGE OF INCREASE/DECREASE REQUESTED   10% |
| NEW SALARY  $52,8000 | |
| BONUS PAY  $ | EXPIRATION DATE FOR TEMPORARY PAY |

Case 4:15-cv-00039-JLK-RSB   Document 41   Filed 05/10/16   Page 4 of 27   Pageid#: 215

3. **Salary actions require the consideration of the following pay factors. Check those applicable to this action and provide details:**

☐ **Agency business need**
- Describe organizational requirements for the salary action.

**Due to increasing numbers of NGRI acquittees, the administration at SVMHI has decided to develop a separate treatment unit for these patients. A Program Administration Specialist II is needed to develop, implement, and monitor the unique treatment needs for this unit.**

☐ **Duties and responsibilities**
- Describe key duties that link to this pay action.
- How do these duties distinguish this employee from others?
- For current employee, summarize job duty changes which have led to either a Role change or In-Band Adjustment
- Is the change permanent or temporary? If temporary, explain the critical need for temporary pay.

**Currently there is no one identified to organize and run the NGRI unit. This position was created specifically to meet the treatment needs of the NGRI acquittees. This candidate was selected after thorough application process.**

☐ **Performance** *(Note all management initiated salary increases are based on an employee meeting an acceptable performance level - rated "contributor" or higher.)*
- How does the employee performance in his/her current assignment?
- Are there significant work accomplishments, outcomes, or behavioral interactions that influence this pay action?
- Does the current employee meet performance standards? (If employee's performance rating is "BELOW CONTRIBUTOR", no management initiated increase can be awarded.)

**Current and previous supervisors describe Ms. Melerski as an exceptional employee with great potential.**

☐ **Relevant work experience and education**
- Summarize employment history & academic credentials that apply to this pay action?
- Explain how this applies to the job assignments.
- How will this background add value to the organization?

**Ms. Melerski is earning her doctoral degree in psychology from Rutgers University (anticipated 8/05). She has successfully completed a forensic internship with the Federal Bureau of Prisons. She previously developed and ran a 200 + bed outpatient program for mentally ill/chemically dependent homeless individuals. She has extensive experience in supervising professional staff.**

☐ **Knowledge, skills, abilities, competencies**
- For new employee, describe relevant expertise, behavioral factors.
- For current employee, describe newly acquired (or decrease in )relevant skills, technical expertise, behavioral factors which add value to the organization.

**As mentioned above, Ms. Melerski has experience working with a forensic clientele. She has completed competency/sanity/risk assessment evaluations. She has experience running a large unit to include program development. She has experience supervising staff.**

☐ **Relevant training, certification, license, etc.**
- List specialized courses of instruction, certification, and licensure, which are required, or highly desirable and which apply to this pay action.
- Describe how this applies to the work assignments.

**As mentioned above she is earning a doctorate degree in psychology from a prestigious university. She has completed a year long internship in forensic psychology.**

Case 4:15-cv-00039-JLK-RSB  Document 41  Filed 05/10/16  Page 5 of 27  Pageid#: 216

☐ **Internal salary alignment**
- Describe how the salary action is in line with other employee's who are performing similar work at a similar performance level.
- Are there other employees affected?
- What are their salaries relative to this pay action? Are skills, competencies, contribution comparable?

**Ms. Melerski's salary will be consistent with those of other psychologists with similar education/experience. The proposed salary is mid-way in the pay band. Her salary is actually less than that of other psychologists at this facility, although she does not have the same number of years of experience.**

☐ **Market availability**
- Is there likely to be difficulty in recruiting for suitable applicants for this type of work?
- Is the proposed salary required to attract or retain employees?
- What data did you use to determine the availability of potential applicants?

**This salary is necessary to attract a qualified applicant.**

☐ **Salary reference data**
- Identify data used & source of data used to justify this pay action.

CSH pays entry level psychologists with similar education/experience between $53,000 - $55,000. SWVMHI pays $51,000 for a similarly qualified applicant (although not from as prestigious of a University).

☐ **Total compensation (Note the greatest impact of this will be on Starting Pay and Competitive Offers.)**
- Describe any applicable forms of cash compensation other than base pay (shift differentials, overtime, on-call pay, bonuses, commissions, etc.)
- Describe if you have considered cash compensation & average % value of benefits package (health and dental insurance, long and short term disability, paid leave, retirement, life insurance, etc.)

☐ **Budget implications**
- Describe short & long term fiscal consequences.
- How has this impacted the pay decision?

**Proposed pay is less than what was being paid for this position before ($58,267).**

☐ **Long-term impact**
- How does this salary decision affect anticipated future salary costs, staffing changes, salary alignment among employees, career growth and salary reference data changes?

☐ **Other justification for action requested: Attach additional information, as necessary**

## 4. INFORMATION FOR COMPETITIVE OFFER

Describe the following
- Documentation of actual salary offer
- Criticality of retaining the employee
- Impact on agency operations should the employee leave
- Difficulty in replacing the employee's knowledge, skills, abilities, competencies

Case 4:15-cv-00039-JLK-RSB    Document 41    Filed 05/10/16    Page 6 of 27    Pageid#: 217

## 5.  INFORMATION FOR IN-BAND ADJUSTMENT

Total % of previous in-band adjustments (including lateral role change increases) this fiscal year

## 6.  INFORMATION FOR *RECOGNITION AWARD* (BONUS PAY)

| AMOUNT OF AWARD $ Day(s) | Total amount of recognition award this fiscal year $ | Rationale for recognition award |
|---|---|---|
|  |  |  |

**PLEASE ATTACH A REVISED EMPLOYEE WORK PROFILE (EWP), IF CHANGED.**

**ADDITIONAL COMMENTS:**

## AUTHORIZATIONS:

Facility Human Resources: _____ 8-2-05
                                                                                        Date

Facility Director: _____ 8/3/05
                                                                                        Date

Central Office Finance & Administration: _____
                                                                                        Date

HR Development & Management: _____
                                                                                        Date

DMHMRSAS Commissioner: _____
                                                                                        Date




## PAY ACTION WORKSHEET (PAW) (9/25/2000)
Required for any salary action for Classified Employees.

### 1. TYPE OF ACTION [Required forms are noted in brackets below]

**COMPETITIVE ACTIONS**
All competitive actions negotiable from pay band up to 15% above current salary not to exceed pay band maximum.

**STARTING PAY** [PAW]
- [ ] 0%-10% Approved by facility/c.o. HRO
- [ ] >10% Approved by HRDMO, c.o. Finance & Admin.. Commissioner

**PROMOTION,** [PAW] Salary may not be below the minimum of the new pay band
- [ ] 0%-10% Approved by facility/c.o. HRO
- [ ] >10% Approved by HRDMO, c.o. Finance & Admin.

**VOLUNTARY TRANSFER (Competitive),** [PAW]
- [ ] 0%-10% Approved by facility/c.o. HRO
- [ ] >10% Approved by agy HRDMO, c.o. Finance & Admin

**VOLUNTARY TRANSFER (Non-Competitive)** [PAW & EWP] Negotiable from minimum of pay band up to 10% above current salary not to exceed pay band maximum.
- [ ] 0%-10% Approved by facility/c.o. HRO, c.o. Finance & Admin., agy HR Director

**VOLUNTARY DEMOTION** [PAW]
Negotiable from minimum of pay band up to current salary not to exceed pay band maximum (Option to freeze salary above maximum for 6 months) Approved by facility/c.o. HRO
**TEMP PAY (Higher Role)** [PAW]
For Higher Pay Band 0-15% above current salary not to exceed pay band maximum. Approved by HR.
- [ ] 0%-10% Approved by facility/c.o. HRO
- [ ] >10% - 15% Approved by HRDMO, c.o. Finance & Admin.

**TEMP PAY (Same Role/Same Pay Band)** [PAW]
- [ ] 0%-10% increase not to exceed pay band maximum. Approved by facility/c.o. HRO, c.o. Finance & Admin., agy HR Director

**COMPETITIVE SALARY OFFER** Provide documentation noted in Section #4. below.
- [ ] To 20% Approved by facility/c.o. HRO, c.o. Finance & Admin.
- [ ] >20% Approved by HRDMO, c.o. Finance & Admin., Commissioner

**ROLE CHANGE**
Upward & lateral actions approved by facility/c.o. HRO, c.o. Finance & Admin.

- [ ] **UPWARD** [PAW & EWP] 0%-10% increase or to minimum of higher pay band

- [ ] **LATERAL** [PAW & EWP] 0%-10% increase not to exceed pay band maximum

**DOWNWARD Role Change** does not allow for any change in salary. No PAW is necessary.

**IN-BAND ADJUSTMENT**
0%-10% increase not to exceed pay band maximum, maximum 10% per fiscal year for In-Band Adjustments (to include any increase for Lateral Role Change) Approved by facility/c.o. HRO, HRDMO, c.o. Finance & Admin.

- [ ] **CHANGE IN DUTIES** [PAW & EWP]

- [x] **APPLICATION OF NEW KNOWLEDGE, SKILLS, ABILITIES, COMPETENCIES FROM EDUCATION, CERTIFICATION, LICENSURES, ETC.** [PAW & EWP]

- [ ] **RETENTION** [PAW]

- [ ] **INTERNAL ALIGNMENT** [PAW & EWP]

- [ ] **DISCIPLINARY OR PERFORMANCE RELATED** [PAW & EWP] Minimum 5% decrease or to lower pay band. Approved by facility/c.o. HRO

- [ ] **RECOGNITION AWARD** [PAW ONLY] $1,000 max bonus within a fiscal year; approved by facility/c.o. HRO

**OTHER BONUSES** [PAW & supporting information required by plan]
Check One: [ ] **Sign-on**    [ ] **Retention**
Check One:
- [ ] To $1,000 Approved by facility/c.o. HRO
- [ ] >$1,000 to $5,000 Approved by HRDMO, F&A
- [ ] >$5,000 Approved by Commissioner

### 2. IDENTIFYING INFO & SALARY ACTION DATA

| CANDIDATE/EMPLOYEE NAME<br>Jennifer Melerski | SOCIAL SECURITY NUMBER |
|---|---|
| POSITION # 00023 | EFFECTIVE DATE 01/25/2011 |
| CURRENT SALARY $58,821 | PERCENTAGE OF INCREASE/DECREASE |
| NEW SALARY $63,527 | REQUESTED 8% |
| BONUS PAY $ | EXPIRATION DATE FOR<br>TEMPORARY PAY |

Case 4:15-cv-00039-JLK-RSB   Document 41   Filed 05/10/16   Page 8 of 27   Pageid#: 219

- Criticality of retaining the employee
- Impact on agency operations should the employee leave
- Difficulty in replacing the employee's knowledge, skills, abilities, competencies

## 5. INFORMATION FOR IN-BAND ADJUSTMENT

Total % of previous in-band adjustments (including lateral role change increases) this fiscal year

## 6. INFORMATION FOR *RECOGNITION AWARD (BONUS PAY)*

| AMOUNT OF AWARD $    Day(s) | Total amount of recognition award this fiscal year $ | Rationale for recognition award |
|---|---|---|
|  |  |  |

PLEASE ATTACH A REVISED EMPLOYEE WORK PROFILE (EWP), IF CHANGED.

ADDITIONAL COMMENTS: *Jennifer Meleski*

## AUTHORIZATIONS:

Facility Human Resources: _____   1/28/11 /Date

Facility Director: _____   1/27/11 /Date

SV PMAI
~~Central Office~~ Finance & Administration: _____   1-28-11 /Date

HR Development & Management: _____   2/4/11 /Date

DMHMRSAS Commissioner: _____   /Date

Case 4:15-cv-00039-JLK-RSB   Document 41   Filed 05/10/16   Page 9 of 27   Pageid#: 220

**DBHDS**
Virginia Department of
Behavioral Health and
Developmental Services

# FACILITY: _____ Svmhi (739)
## PAY ACTION WORKSHEET (PAW) (11/01/2009)
Required for salary actions for Classified Employees.

## 1. TYPE OF ACTION [Required forms are noted in brackets below]

### COMPETITIVE ACTIONS
All competitive actions negotiable from minimum of pay band up to 15% above current salary not to exceed pay band maximum.

**STARTING PAY** [PAW & Application]
- ☐ 0%-10%, or Min. hiring range Approved by facility/c.o. HRO
- ☐ >10% Approved by HRDMO, Commissioner

**PROMOTION,** [PAW & Application] Salary may not be below the minimum of the new pay band.
- ☐ 0%-10%, or Min. hiring range Approved by facility/c.o. HRO
- ☐ >10% Approved by HRDMO

**VOLUNTARY TRANSFER (Competitive),** [PAW & Application]
- ☐ 0%-10%, or Min. hiring range Approved by facility/c.o. HRO
- ☐ >10% Approved by HRDMO

**VOLUNTARY TRANSFER (Non-Competitive)** [PAW & EWP] Negotiable from minimum of pay band up to 10% above current salary not to exceed pay band maximum.
- ☐ 0%-10% Approved by facility/c.o. HRO, & HRDMO

**☐ VOLUNTARY DEMOTION** [PAW & EWP]
Negotiable from minimum of pay band up to current salary not to exceed pay band maximum (Option to freeze salary above maximum for 6 months) Approved by facility/c.o. HRO

**TEMP PAY (Higher Role)** [PAW]
For Higher Pay Band 0-15% above current salary not to exceed pay band maximum. Approved by HR.
- ☐ 0%-10% Approved by facility/c.o. HRO
- ☐ >10% - 15% Approved by HRDMO

**TEMP PAY (Same Role/Same Pay Band)** [PAW]
- ☐ 0%-10% increase not to exceed pay band maximum. Approved by facility/c.o. HRO, & HRDMO

**COMPETITIVE SALARY OFFER** Provide documentation noted in Section #4, below.
- ☐ To 20% Approved by facility/c.o. HRO
- ☐ >20% Approved by HRDMO, Commissioner

### ROLE CHANGE
Upward & lateral actions approved by facility/c.o. HRO

☒ **UPWARD** [PAW & EWP] 0%-10% increase or to minimum of higher pay band

☐ **LATERAL** [PAW & EWP] 0%-10% increase not to exceed pay band maximum

**DOWNWARD Role Change** does not allow for any change in salary unless salary is greater than the maximum of the band. No PAW required.

**IN-BAND: ADJUSTMENT** ☐ **BONUS** ☐
0%-10% increase not to exceed pay band maximum, maximum 10% per fiscal year for In-Band Adjustments/Bonuses (to include any increase for Lateral Role Change) Approved by facility/c.o. HRO, HRDMO

☐ **CHANGE IN DUTIES** [PAW & EWP]

☐ **APPLICATION OF NEW KNOWLEDGE, SKILLS, ABILITIES, COMPETENCIES FROM EDUCATION, CERTIFICATION, LICENSURES, ETC.** [PAW & EWP]

☐ **RETENTION** [PAW]

☐ **INTERNAL ALIGNMENT** [PAW & EWP]

☐ **DISCIPLINARY OR PERFORMANCE RELATED** [PAW & EWP] Minimum 5% decrease or to lower pay band. Approved by facility/c.o. HRO

☐ **RECOGNITION AWARD** [PAW ONLY] $2,000 max bonus within a fiscal year; approved by facility/c.o. HRO

**OTHER BONUSES** [PAW & supporting information required by plan] All plans approved by HRDMO. Plans w/awards >$5,000 approved by Commissioner
Check One: ☐ **Sign-on** ☐ **Retention** ☐ **Referral**

Check One: ☐ **To $1,000** ☐ **>$1,000 to $5,000** ☐ **>$5,000**
Individual awards approved by facility/c.o. HRO, facility director/c.o. deputy or asst. commissioner

## 2. IDENTIFYING INFO & SALARY ACTION DATA

| | |
|---|---|
| CANDIDATE/EMPLOYEE NAME<br>Melerski, Jennifer | EMPLOYEE IDENTIFICATION NUMBER<br>00053563497 |
| ROLE TITLE Psychology Manager | ROLE CODE & SOC # 49214/11-9111 |
| POSITION #00023 | EFFECTIVE DATE 5/25/2012 |
| CURRENT SALARY $66,703 | PERCENTAGE OF INCREASE/DECREASE |
| NEW SALARY $73373.30 | REQUESTED 10% |
| BONUS PAY $ | EXPIRATION DATE FOR<br>TEMPORARY PAY |

3.  **Salary actions require the consideration of the following pay factors. Check those applicable to this action and provide details:**

---

☒ **Agency business need**
- Describe organizational requirements for the salary action.

**Psychology Director was recruited into Central Office NGRI/ Forensic Director; position has not been filled.**

---

☒ **Duties and responsibilities**
- Describe key duties that link to this pay action.
- How do these duties distinguish this employee from others?
- For current employee, summarize job duty changes which have led to either a Role change or In-Band Adjustment
- Is the change permanent or temporary?  If temporary, explain the critical need for temporary pay.

**See attached EWP to outline duties.  Staff member, is assuming all Psychology Director duties.  Additionally duties will include Primary duties of Forensic Coordinator, ensuring smooth operations for continuity of care and judicial schedules and Forensic Review Panel (FPR) schedules**

---

☒ **Performance** *(Note all management initiated salary increases are based on an employee meeting an acceptable performance level - rated "contributor" or higher.)*
- How does the employee performance in his/her current assignment?
- Are there significant work accomplishments, outcomes, or behavioral interactions that influence this pay action?
- Does the current employee meet performance standards?  (If employee's performance rating is "BELOW CONTRIBUTOR", no management initiated increase can be awarded.)

**Staff member has performed most of these duties for a period of 3 months and has performed well above contributor status; being timely and efficient in the coordination of myriad tasks assigned to Department.**

---

☒ **Relevant work experience and education**
- Summarize employment history & academic credentials that apply to this pay action?
- Explain how this applies to the job assignments.
- How will this background add value to the organization?

**Staff member is a PsyD Clinical Psychologist, Licensed in Va. and has attended The Institute of Law, Psychiatry and Public Policy so can author full forensic packets as well as supervise the psychology department staff.**

---

☐ **Knowledge, skills, abilities, competencies**
- For new employee, describe relevant expertise, behavioral factors.
- For current employee, describe newly acquired (or decrease in )relevant skills, technical expertise, behavioral factors which add value to the organization.

---

☒ **Relevant training, certification, license, etc.**
- List specialized courses of instruction, certification, and licensure, which are required, or highly desirable and which apply to this pay action.
- Describe how this applies to the work assignments.

**Licensed in Va.**
**attended The Institute of Law, Psychiatry and Public Policy**

☐ **Internal salary alignment**
- Describe how the salary action is in line with other employee's who are performing similar work at a similar performance level.
- Are there other employees affected?
- What are their salaries relative to this pay action?  Are skills, competencies, contribution comparable?

☒ **Market availability**
- Is there likely to be difficulty in recruiting for suitable applicants for this type of work?
- Is the proposed salary required to attract or retain employees?
- What data did you use to determine the availability of potential applicants?

**SVMHI has not experienced success in recruiting for Licensed Clinical Psychologists in our recruitment efforts. This staff member also mentors psychology interns for licensure, which therefore increases our pool of resources.**

☐ **Salary reference data**
- Identify data used & source of data used to justify this pay action.

☐ **Total compensation (Note the greatest impact of this will be on Starting Pay and Competitive Offers.)**
- Describe any applicable forms of cash compensation other than base pay (shift differentials, overtime, on-call pay, bonuses, commissions, etc.)
- Describe if you have considered cash compensation & average % value of benefits package (health and dental insurance, long and short term disability, paid leave, retirement, life insurance, etc.)

☒ **Budget implications**
- Describe short & long term fiscal consequences.
- How has this impacted the pay decision?

**The facility has and will continue to underwrite all costs associated with this needed supervisory position.**

☐ **Long-term impact**
- How does this salary decision affect anticipated future salary costs, staffing changes, salary alignment among employees, career growth and salary reference data changes?

☐ **Other justification for action requested.  Attach additional information, as necessary**

## 4. INFORMATION FOR COMPETITIVE OFFER

Provide the following (if not provided above):
- Documentation of actual salary offer
- Criticality of retaining the employee
- Impact on agency operations should the employee leave
- Difficulty in replacing the employee's knowledge, skills, abilities, competencies

## 5. INFORMATION FOR IN-BAND ADJUSTMENT

Total % of previous in-band adjustments (including lateral role change increases) this fiscal year

## 6. INFORMATION FOR *RECOGNITION AWARD* (BONUS PAY)

| AMOUNT OF AWARD $ Day(s) | Total amount of recognition award this fiscal year $ | Rationale for recognition award |
|---|---|---|
| | | |

**PLEASE ATTACH A REVISED EMPLOYEE WORK PROFILE (EWP), IF CHANGED.**

**ADDITIONAL COMMENTS:**

## AUTHORIZATIONS:

Facility Human Resources: _Stephen Hays_ _5/31/12_
Date

Facility Fiscal Officer: _____ _5-31-12_
Date

Facility Director: _Robyn D Cleenus_ _5/31/12_
Date

HR Development & Management: _____ _____
Date

DBHDS Commissioner: _____ _____
Date

# SOUTHERN VIRGINIA MENTAL HEALTH INSTITUTE

# SALARY ADMINISTRATION PLAN

I.      Effective Date

II.     Agency Salary Administration Philosophy and Policies

III.    Recruitment & Selection Process

IV.     Performance Management Process

V.      Pay Practices Process

VI.     Responsibilities
        - Administration
        - Compensation Committee
        - Manager
        - First-line supervisor
        - Employee
        - Human Resources

VII.    Program Evaluation

VIII.   Clarification Process

IX.     EEO Statement

X.      Communication Plan

XI.     Authorization and Signature

**1**

## I.      EFFECTIVE DATE

This plan will be implemented September 25, 2000.

## II.     AGENCY SALARY ADMINISTRATION PHILOSOPHY AND POLICIES

This facility adheres to the Commonwealth's compensation philosophy, which is to pay employees in a manner sufficient to support and develop a high performance workforce that provides quality service in a fiscally responsible manner to the citizens of Virginia.

SVMHI will endeavor to provide and maintain a total compensation program that is internally equitable in relation to the value of each job to the facility and, insofar as budgetary constraints permit, externally competitive in relation to the average total compensation levels and practices at other DMHMRSAS facilities and private sector competitors in the Danville area.

The SVMHI salary administration program will strive to:

- Ensure that all compensation decisions are fiscally responsible and consistent with the agency's mission, goals, operational objectives and culture.
- Ensure that the compensation philosophy and its attendant policies are reviewed when necessary due to changes in the facility's financial condition, function, goals, workforce, culture and competitive standing in the labor market.
- Target exempt compensation levels to meet the average total compensation (base pay and benefits) offered by competitors with similar jobs within the relevant labor market area for the position.
- Target nonexempt compensation levels to meet the average total compensation (base pay and benefits) offered by competitors with similar jobs in the general geographic area.
- Maintain adequate controls and training to ensure that performance appraisals are made on a sound and consistent basis throughout the facility.
- Recognize and compensate individual differences in performance among employees.
- Recognize and compensate for improved or increased levels of skills, abilities and responsibilities among employees, to the extent fiscally possible.

This plan is approved by the SVMHI Administrative Team in compliance with DMHMRSAS and Commonwealth directives. The Human Resources Department is responsible for training staff on this plan, providing oversight on the plan, and serving as the link between management staff and the Administrative Team on appropriate implementation of the plan and appropriate plan actions following implementation. Actions based on each component the total compensation program are based on

**2**

specific eligibility criteria, individual achievement of established goals and the facility's budgetary constraints.

## III.    RECRUITMENT AND SELECTION PROCESS

➢ **Assessment of Critical Positions**:
- The Human Resources Department, in collaboration with the Facility Director and other members of the Executive Committee as may be appropriate, will assess vacancies to determine thew facility's most critical needs. Factors considered may include, but are not limited to, business need, market availability, applicable coverage standards or staffing requirements (DOJ, JCAHO, Medicaid, etc.). and a past history of recruitment or retention difficulties. Recruitment strategies will be adjusted accordingly.

➢ **Advertising Positions:**
- Job advertisements will normally use Job Titles. A Role Title may be used if thought necessary either to establish clarity or improve the visual impact of the advertisement. If a Job Title is used, it may in some cases be followed parenthetically by the Role Title.
- Advertisements will normally include the hiring range (defined as the band minimum to the band midpoint). However, local market, success of recent recruitment, and fiscal condition of the facility will be taken into account in deciding whether to advertise the hiring range, the band, or to advertise no range.

➢ **Recruitment:**
- Information will be provided to potential candidates
  - about career development opportunities and
  - possible opportunities to progress through the pay bands.

➢ **Selection:**
- In order to maintain internal equity and salary alignment, starting pay determinations will be centralized in the Human Resources Department. The recommendations of the hiring manager will be taken into account with the final authority resting with Human Resources, in consultation with the Administrative Team.

➢ **Documentation (Tools and Forms):**

- Position File
- Survey Data
- Candidate salary history
- Exceptional salary approval form
- SVMHI incumbent and comparative salary data

**3**

## IV.    PERFORMANCE MANAGEMENT PROCESS

1.    <u>See Performance Planning and Evaluation, Policy 1.40 (Attached)</u>

> All Employee Work Profiles (EWP) and Performance Evaluations must be approved by the Reviewer before presenting to the Employee.
> Facility Director must review any Extraordinary Contributor rating prior to presenting to the Employee.
> The Department and Facility Philosophy is that a Contributor is a person who fulfills all aspects of the position in a fine fashion.  Those who previously received ratings of average, exceeds, and some of those who received exceptional will henceforth be rated as a Contributor.
> In order to even qualify for a rating as an Extraordinary Contributor, a staff person must have been awarded at least one acknowledgement of <u>Extraordinary Contribution Form (Attachment A).</u>  The same goes for the rating of Below Contributor which is a <u>Notice of Improvement Needed/Substandard Performance Form (Attachment E).</u>
> Annual state wide salary adjustments will always be in the form of a percentage and the actual amount may be greater than, less than, or equal based on the outcome of all  evaluations of the agency.
> If an employee disagrees with their rating and cannot resolve the disagreement with their supervisor, they may appeal to the reviewer in writing within 10 workdays of the initial performance meeting using the existing policy.
> Extensions of the probationary period from 12 to 18 months will be rare events.  It is anticipated that they will occur when an individual transfers or is promoted during her/his probationary period.  Extensions will require the approval of the facility HR Manager and Facility Director and will be sent to HRDMO for review.

## V.    PAY PRACTICE PROCESS

1.    **Starting Pay:**

> SVMHI will offer variable salary based on recruitment difficulty, criticality of job or other pay factors when determining starting pay.  Salary offers will vary from the minimum of the pay band to the maximum, but normally offers will not exceed 10% above the applicant's current or most recent salary.  When required, salary offers up to 15% above the applicant's current or most recent relevant salary will be considered.  Starting pay may not exceed band maximum unless differentials are involved.  Salary offers in excess of 10% above an applicant's most recent relevant salary require the approval of the Human Resources Development and Management Office (HRDMO) and the agency's Office of Finance and Administration (F&S).

4

**Sign-on Bonus:**

Sign-on incentives up to $5,000 may be considered for Registered Nurse Manager I (RNCB).  Guidelines will be set forth if and when we need to utilize the sign-on bonus.

**Retention Bonus Plan:**

See Retention Bonus Plan and Retention Bonus Tenure Agreement (Attached)

2.   **Promotion (Competitive - movement to a different role in a higher pay band):**

   ➢ All incumbents receiving an agency promotion will either move to the minimum of the pay band or receive a minimum of a 10% increase over current salary, whichever is higher.
   ➢ Individuals may negotiate up to 15% above current salary (salary may not be below the minimum of the new pay band).  Salary offers in excess of 10% above an applicant's most recent relevant salary require the approval of the HRDMO and F&A.
   ➢ All promotion increases will require Human Resources approval.

3.   **Voluntary Transfers (Competitive – within the same Role or to a different Role in same pay band):**

   ➢ Lateral transfers to roles that are considered similar or comparable in work and responsibility will not involve any change in pay.
   ➢ Transfers to roles that involve increased levels of work or responsibility will be negotiable from a minimum of the pay band to a maximum of 15% above current salary not to exceed pay band maximum.  When required, salary offers up to 15% above the applicant's current salary will be considered. Salary offers in excess of 10% above an employee's most recent relevant salary require the approval of the HRDMO and F&A.
   ➢ An incumbent's current salary will not be reduced for a competitive transfer within the same role or to a different role in the same pay band.  However, if an incumbent's current salary is high enough to cause internal equity problems if the transfer were to be carried out, the salary level may be a consideration leading to non-selection of the candidate.
   ➢ All transfer increases will require Human Resources approval.

4.   **Voluntary Transfers (Non-Competitive – same or different Role in same pay band):**

   ➢ Lateral transfers to roles that are considered similar or comparable in work and responsibility will not involve any change in pay.

5

> Transfers to roles that involve increased levels of work or responsibility will be negotiable from a minimum of the pay band to a maximum of 10% above current salary not to exceed pay band maximum.
> Except as stipulated in Section 9 for in-band adjustments for certifications and/or responsibilities, an incumbent's current salary will not be reduced for a non-competitive transfer within the same role or to a different role in the same pay band. However, if an incumbent's current salary is high enough to cause internal equity problems if the transfer were to be carried out, the salary level may be a consideration leading to non-approval of the transfer.
> All transfer increases will require Human Resources approval in consultation with the agency's Human Resource Director and F&A.

5.   **Voluntary Demotions (Competitive or non-competitive: movement to a different Role in a lower pay band):**

> Except as stipulated in Section 9 for in-band adjustments for certifications and/or responsibilities, there will be no change in salary for voluntary demotions unless current salary exceeds pay band maximum.
> If current salary exceeds pay band maximum, salary will be reduced to pay band maximum.
> All voluntary demotion salary actions will require Human Resources approval

6.   **Temporary (Acting) Pay (non-competitive: different Role in higher pay band):**

> A decision to provide temporary pay must be made prior to putting the employee into an acting role capacity if having the position filled is essential.
> All temporary (acting) pay situations will range from 0% to 15% above current salary not to exceed pay band maximum. Increase will be based on facility need, workload, and added responsibilities.
> Employees may begin receiving temporary pay after 30 consecutive calendar days of incumbency in the new role/band and may remain in the role no longer than 180 days after the start of temporary pay. After 30 consecutive days of incumbency in the new role/band, the payment of the increase will be retroactive to the start of the acting role.
> Extension requests will be reviewed and approved by Human Resources only if recruitment delays or budgetary constraints make it impossible to resolve the disposition (fill or delete) of the position within 180 days of the appointment of an employee to temporary pay eligibility status. Such extensions must also be approved by HRDMO.
> All acting pay salary actions will require the approval of Human Resources and the Facility Director. Temporary pay actions greater than 10% require the approval of HRDMO and F&A

7.   **Temporary Pay (non-competitive: same or different Role in same pay band):**

6

➤ A decision to provide temporary pay must be made prior to putting the employee into an acting role capacity if having the position filled is essential.

➤ Lateral assignments to roles that are considered similar or comparable in work and responsibility will not involve any temporary pay.

➤ All temporary (acting) assignments to roles that involve increased levels of work or responsibility will be eligible for a 0% to 10% increase not to exceed pay band maximum. Increase will be based on facility need, workload, and added responsibilities.

➤ Employees may begin receiving temporary pay after 30 consecutive calendar days of incumbency in the new role and may remain in the role no longer than 180 days after the start of temporary pay. After 30 consecutive days of incumbency in the new role, the payment of the increase will be retroactive to the start of the acting role.

➤ Extension requests will be reviewed and approved by Human Resources only if recruitment delays or budgetary constraints make it impossible to resolve the disposition (fill or delete) of the position within 180 days of the appointment of an employee to temporary pay eligibility status. Such extensions must also be approved by HRDMO.

➤ An incumbent's current salary will not be reduced for a temporary assignment to a lower paid position in the same pay band.

➤ All temporary pay salary actions will require the approval of the facility Human Resources Office, the Facility Director, the agency Human Resources Director, and F&A

8. **Role Change (non-competitive: upward, downward or lateral, *formerly* Reallocation):**

➤ All incumbents receiving an upward role change will either move to the minimum of the higher pay band or receive a minimum of a 10% increase over current salary, whichever is higher.

➤ Lateral role changes that are similar or comparable in work and responsibility will not involve any change in pay.

➤ Downward role changes will not involve any change in salary unless the current rate of pay exceeds the new band maximum, in which case the salary will be frozen for 6 months and then adjusted downwards to the band maximum.

➤ All role change pay salary actions will require the approval of the facility Human Resources Office, the Facility Director, and F&A.

9. **In-Band Adjustments not involving Role change:**

➤ <u>Percentage of increase determination</u>:
  • Different percentages will be assigned to different applications. All in-band adjustments are at the option of the facility. A schedule of the

**7**

certifications and the role/work units involved will be created as situations arise in the future.

- Adjustments for certifications will be variable from 2% to 5%. These certifications must be over and above the minimum continuing education or training requirement that is established for the position and must be relevant to the operations and mission of the facility. As a pre-requisite, the employee must maintain current certification in all areas of facility required training for their position. This adjustment will be rescinded if the employee loses certification through disciplinary action or failure to comply with Continuing Education and/or mandatory training requirements.
  - Adjustments for diplomas and degrees relevant to the operations and mission of the facility will be variable from 1% to 10%.
  - Adjustments for assuming increased responsibilities (leadership, safety, teaching/mentoring, etc.) will be variable from 2% to 10%. Employees will lose all or a part of the adjustment if they no longer perform these responsibilities through disciplinary action or voluntary/involuntary demotion or transfer.

➢ Limits:
  - A cumulative maximum total of 10% per employee per fiscal year, not to exceed the pay band maximum.
  - All In-Band adjustments require Human Resource approval.

➢ Timing:
  - In-band adjustments may be made at any time during the fiscal year.

➢ All in-band adjustments will require the approval of Human Resources in consultation with HRDMO and F&A. In-band adjustments involving certification, diplomas or degrees will also require the approval of the Administrative Team.

**10.   Disciplinary or Performance Related Salary Action:**

➢ There will be a mandatory 5% minimum salary reduction for disciplinary or below contributor performance related salary actions (note: if in same pay band, salary cannot be below minimum and if in lower pay band, salary cannot exceed new maximum salary).  The stipulations of Section 9 relating to responsibilities and/or certifications will also apply.  A disciplinary related salary reduction action will normally only be taken in lieu of termination. There will not be an automatic salary reduction assigned to Written Notices under the Standards of Conduct.

**11.   Competitive Salary Offer:**

➢ Competitive Salary offers will only be made if pay determination factors and employee performance warrant.  The outside salary offer may be matched, but not exceed the maximum of the pay band.

8

- ➢ All competitive salary offers require Human Resource approval.
- ➢ Competitive salary offers may be made for job offers from other state agencies, as well as from employers outside Virginia state government.
- ➢ Competitive offers may **not** be made for job offers from other DMHMRSAS facilities or central office.
- ➢ The amount of a competitive salary offer may equal but not exceed the amount the incumbent has been offered. Competitive salary offers may not exceed the maximum of the incumbent's pay band. Competitive salary offers from 0% to 20% must be approved for budget purposes by F & A. Competitive offer amounts exceeding 20% of the incumbent's current salary must be approved by the facility/central office HRO and F & A. Amounts exceeding a 20% increase must be approved by the HRDMO, F & A, and the Commissioner. All such actions **require** the receipt of a **copy of a bona fide job offer letter**, documentation indicating the criticality of the incumbent to the delivery of major facility/central office/agency programs or services ("Long Term Impact" of the 13 pay factors), and documentation indicating consideration of other relevant pay factors such as market availability, internal salary alignment, and salary reference data.

12.    **Recognition (Spot) Award:**

- ➢ Recognition awards are limited to a cumulative maximum of $1,000 per employee per fiscal year
- ➢ Different limits will apply to different applications.
  - ➢ Attendance awards for non-exempt employees may range from $15 per fiscal quarter to a maximum of $400 per year.
  - ➢ Technical awards may be $25, $50 or $100 depending on the competency and test.
  - ➢ Project awards may range from $50 to $100 depending on the specific project or team activity.
- ➢ All recognition awards require HRDMO and SVMHI Human Resource approval. Recognition awards involving technical awards will also require the approval of the Administrative Team. Approved plans and their procedures will be appended to this plan as they are developed.
- ➢ See attached Employee Recognition Program Plan approved by CO
- ➢ Retirement Recognition
  - ➢ The facility will pay for the punch and cake, up to a maximum of $100 (out of the welfare fund if/when funds are available) and supply all of the paper products, for a person retiring from SVMHI with 20 years or more of service. The department, who has the employee retiring, initiates and plans the festivity with how they want to celebrate the event.

13.    **Supplements**

- ➢ Shift differentials

9

➢ Paid to direct care nursing staff and psychiatric aides for evening and night shifts in order to reduce staff vacancies on these shifts.

➢ Role (s)  Direct Service Associate II (DSA II); Direct Service Associate III (DSA III); Licensed Practical Nurse (LPN); Registered Nurse II (RN II); and Registered Nurse Manager I

- ➢ Direct Service Associate II:          . $.50 hr. 2nd; and $.75 3rd Shift
- ➢ Direct Service Associate III:           $.50 hr. 2nd; and $.75 3rd Shift
- ➢ Licensed Practical Nurse (LPN):      $.75 hr. 2nd; and $1.00 3rd Shift
- ➢ Registered Nurse II (RNCA):          $.75 hr. 2nd; and $1.50 hr. 3rd Shift
- ➢ Registered Nurse II (RNCA            $5.00 hr. Acting Shift Administrator
- ➢ Registered Nurse Manager I (RNCB):  $.75 hr, 2nd; and $1.50 hr. 3rd Shift

➢ <u>Drs. Visits for Restrained and Secluded Clients</u>
   - ➢ Weekends/Holidays  8 A.M. to 5 P.M.     $50 per visit
   - ➢ Nights/Weekends     5 P.M. to 9 P.M.     $75 per visit
   - ➢ Nights/Weekends     9 P.M. to 7 A.M.    $100 per visit

➢ <u>Drs. On-Call Weekdays, Weekends, and Holidays</u>
   - ➢ On-Call Weekdays, 5:00 PM to 8:00 AM:  4 hrs. compensatory time
   - ➢ On-Call Weekends, 5:00 PM Friday to 8:00 AM Monday, Payment of $1,600.
   - ➢ On-Call Holidays, 2 hours of compensatory time, and additional compensatory time for any time they are required to physically appear at the facility beginning the time they arrive and the time they depart.  Overall maximum of compensatory time is 8 hours.

## VI.  RESPONSIBILITIES

The types of actions each level in the organization is responsible/accountable for in order to implement the Compensation Management System are identified on the following chart:

| Responsibility (Examples) | FACILITY DIR./ADMIN. TEAM | MANAGERS | Staff Development & Training. | HUMAN RESOURCES |
|---|---|---|---|---|
| Establish agency Salary Administration Philosophy | X | | | |
| Establish agency salary administration policies | X | | | |

**10**

| | FACILITY DIR./ADMIN. TEAM | MANAGERS | Staff Development & Training | HUMAN RESOURCES |
|---|---|---|---|---|
| Provide employees information on new compensation plan | | X | X | X |
| Provide training to managers and employees | | | X | X |
| Develop a list of compensation priorities for the agency | X | | | |
| Establish and allocate positions into proper Role | | | | X |
| Determine responsibility for assigning Work Titles | | | | X |
| Determine funding source and constraints | X | X | | X |
| Information gathering/support for increase | | X | | X |

- Percentage increase requested
- Total percent of previous increases during current fiscal year
- Address any internal alignment issues in department
- Justification for percentage increase requested addressing:
  - Agency Business Need
  - Duties and Responsibilities
  - Performance
  - Work Experience and Education
  - Knowledge, Skills, Abilities and Competencies
  - Training, Certification and License
  - Internal Salary Alignment
  - Market Availability
  - Salary Reference Data
  - Total Compensation
  - Budget Implications
  - Long Term Impact
  - Current Salary

| **Responsibility (Examples)** | FACILITY DIR./ADMIN. TEAM | MANAGERS | Staff Development & Training | HUMAN RESOURCES |
|---|---|---|---|---|
| Recommend pay actions | X | X | | X |
| Approve pay actions | X | | | X |
| Negotiate salaries with applicants and employees | | | | X |
| Negotiate within employee initiated pay practices | | | | X |
| Review use of pay practices | X | | | X |
| Provide feedback to employee on Performance Evaluation | | X | | |
| Employee's current performance rating | | X | | |
| Encourage and coach employee career development | X | X | X | X |
| Self development and application of new skills, competencies | | | X | |

11

Case 4:15-cv-00039-JLK-RSB   Document 41   Filed 05/10/16   Page 24 of 27   Pageid#: 235

| | X | X | | X |
|---|---|---|---|---|
| Respond to employee appeals | X | X | | X |
| Provide for program evaluation | X | | | X |
| Review EEO impact of salary decisions, Role allocations, and other decisions impacting pay or potential pay | | | | X |
| Stay informed about compensation program | X | X | X | X |

## VII.    PROGRAM EVALUATION

The Administrative Team will have general oversight responsibility for the program and will be responsible for evaluation of the program's effectiveness as it relates to the organization's mission, goals and effectiveness. Human Resources will have the primary responsibility for monitoring, reviewing and reporting on the program, subject to review by the DMHMRSAS Central Office Human Resources Department. The Administrative Team will have the primary responsibility for monitoring, tracking and providing advice on funding and budget issues. These functions will include:

➤ Monitoring
  - adherence to policy
  - patterns of salary actions
  - compliance with the law (i.e. FLSA)

➤ Conduct of periodic reviews of pay practice activity, including demographic (race, gender, Role, Pay Band) distribution of salary actions.

➤ Selection of Individual Pay Actions for Evaluation
  - select a 10% sample of pay actions to review
  - review and evaluation should include:
    - types of actions used
    - percentages given
    - EEO impact

➤ Review of Trends: Monitor distribution of salary actions by Role Title and pay band and the fiscal impact of the program
  - evaluate trends within departments
  - evaluate trends across the agency
  - communicate findings back to departments

➤ Fiscal Evaluation Issues
  - comparison of budgeted amount to payroll amount – determine how much money is being spent
  - develop a process to track budget issues
  - assign responsibility for tracking budget issues and dealing with overspending

➤ Evaluation of the Compensation Program's Effectiveness
  - impact of compensation management on accomplishing the agency's mission

**12**

- impact on employee relations and morale in the agency
- impact on staffing
- impact on employee and management development

## VIII.  CLARIFICATION PROCESS

➤ The SVMHI clarification process will be an informal two (2) step process in which the employee verbally presents his or her concern(s) to the immediate supervisor and if his or her concern is not resolved, presents his or her concerns to the immediate supervisor's supervisor (the "Reviewer" in the performance evaluation process). Individuals in probationary status will have access to this appeal process.

➤ The commonwealth grievance process is also available for all eligible employee appeals relating to salary actions and application of policy; however, employees are encouraged to initially use informal means to resolve concerns they may have.

## IX.  EEO STATEMENT

All salary adjustments must be based on legitimate reasons as detailed in the pay determination factors and must be unrelated to race, gender, national origin, age, religion, political affiliation, or disability.

## X.  COMMUNICATIONS PLAN

➤ The **Communication Plan** will address how information on the new Compensation Management System will be delivered to all levels of agency staff. This plan includes the following:

| Target Group | Content/Level | Method | Timeframes |
|---|---|---|---|
| Administrative Team | Detailed briefing including potential problem areas | Presentation with handouts. FAQ's | 8/00 |
| | Overview | Meeting presentation with overheads & handouts. FAQ's | Initial Completed 3/00 FAQ's completed. |
| Current Employees | Overview | Announcement letter, newsletter articles, in-service meetings, small group meetings on request | 8/00. |
| New Employees | Brief Overview | Presentation, possibly with handouts | Starting 9/00, then on going at orientation |

➤ Communication of the Compensation Management Plan is perceived as on going. Plan changes and introduction of new phases will be communicated through articles

**13**

in the Newsletter, management meeting presentations, and, if appropriate, meetings with employee groups

## XI.    AUTHORIZATION AND SIGNATURE

Approved by:

_____                    _____
Facility Director                                              Date

_____                    _____
Human Resource Manager Senior – Field                          Date

**14**