IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Danville Division

JENNIFER E. MELERSKI,

    Plaintiff,

v..

                              Civil Action No: 4:15-cv-00039-JLK

VIRGINIA DEPARTMENT OF BEHAVIORAL
HEALTH AND DEVELOPMENTAL SERVICES/
COMMONWEALTH OF VIRGINIA,

    Defendants.

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and by stipulation of the parties, by counsel, it is hereby ADJUDGED, ORDERED and DECREED that the instant matter is DISMISSED WITH PREJUDICE.

The Clerk is hereby directed to send a certified copy of this Order, as entered, to all counsel of record herein.

                              ENTER:      /      /

                              _____
                              United States District Court Judge

We ask for this:

_____
L. Leigh R. Strelka (VSB #73355)

_____
Thomas E. Strelka (VSB #75488)
STRELKA LAW OFFICES, P.C.
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA 24011
(540) 283-0802

**Counsel for Plaintiff**

_____
Gregory C. Fleming (VSB # 24819)
Virginia Attorney General's Office
202 North 9th Street
Richmond, Virginia 23219
(804) 786-5636

**Counsel for Defendants Virginia Department of Behavioral Health and Developmental Services**

2